UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| TESSA PERDUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20CV77-PPS/JEM |
| | ) | |
| MENARDS, INC., a Wisconsin For-Profit Corporation and THE TRADEMARK EXTERIORS, LLC, an Indiana For-Profit Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER ON JOINT MOTION TO REMAND**

The parties having filed their Joint Motion to Remand and the Court being duly advised, hereby ORDERS the Motion to Remand [DE 13] is GRANTED.

This matter is hereby remanded to the Tippecanoe County Circuit Court, cause number 79C01-2005-CT-000099.

SO ORDERED this 21st day of October, 2020.

                                                /s/ Philip P. Simon
                                                Judge, U.S. District Court, Northern District
                                                of Indiana, Lafayette Division

DISTRIBUTION TO:
Barry L. Loftus, Stuart & Branigin LLP
David M. Stupich, Stuart & Branigin LLP
Lauren A. Binger, Stuart & Branigin LLP
Michael L. Walker, GENET & WALKER, P.A.

Trademark Exteriors LLC
Attn: Aet Saengkeo, Registered Agent
12257 Cobblestone Drive
Fishers, Indiana, 46037